UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXIS WAGNER, <br><br>　　　　　　　Plaintiff, <br>　　v. <br><br>HASELWOOD MOTOR COMPANY et al., <br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05983-DGE <br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　　The parties are directed to file a motion to accompany their Proposed Order re Joint Agreement Regarding Discovery of Electronically Stored Information. (Dkt. No. 22.)  For the Court to sign a proposed order, counsel must comply with LCR 7(b)-(d), filing a motion and assigning a noting date.[1]  Further, the parties are directed to submit a redline version (as a Word

---

[1] The proposed order filed on July 25, 2024 was not noted as a motion.  The Court only became aware of the proposed order in reviewing Defendant's Amended Motion for Extension of Time

MINUTE ORDER - 1

document, via email) of the Model Protocol for Discovery of Electronically Stored Information, illustrating how their Proposed Order differs from the Model.  *See* LCR 26(f)-(j).

Dated this 10th day of September 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

---

Regarding Expert Witness Disclosure Deadline (Dkt. No. 28 at 2), which references the Parties' July 25, 2024 proposed order.

MINUTE ORDER - 2