UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXIS WAGNER,<br><br>     Plaintiff,<br> v.<br><br>HASELWOOD MOTOR COMPANY et al.,<br><br>     Defendant. | CASE NO. 3:23-cv-05983-DGE<br><br>ORDER GRANTING MOTION TO DISMISS (DKT. NO. 53) |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties have stipulated to dismiss all claims in this case with prejudice, with each party to bear its own costs and fees except as otherwise agreed. (*See* Dkt. No. 53.) The Court GRANTS the stipulated dismissal with prejudice. However, the Court will not retain jurisdiction over this matter. Should there be a dispute under the settlement agreement, the aggrieved party may initiate a breach of contract action or seek other relief as appropriate.

  The Clerk is directed to close the case.

ORDER GRANTING MOTION TO DISMISS (DKT. NO. 53) - 1

Dated this 26th day of November, 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION TO DISMISS (DKT. NO. 53) - 2